THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: **06-52008**
**EMILY JO THOMPSON** )
) MARILYN SHEA-STONUM
Debtor(s) ) BANKRUPTCY JUDGE
)
) TRANSMITTAL OF UNCLAIMED FUNDS

*FILED 2010 MAY 24 PM 2:13*

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **EMILY JO THOMPSON**
   **Check No. 732045**
   **Debtor Refund**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$53.37** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **5/21/2010**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
**krucinski@ch13akron.com**
**jferrise@ch13akron.com**

*Ck # 749734*
*Receipt # 81493*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

**EMILY JO THOMPSON**
**1562 TWIN ELM DR**
**ATTWATER, OH 44201**
**(Via Regular Mail)**


**JAMES F CICCOLINI (via ECF)**

**EMILY JO THOMPSON**
**1562 TWIN ELM DR**
**ATTWATER, OH 44201**
**(via Regular Mail)**

Date of Service: **5/21/2010**     By: **JoAnn Romig**
                                   Office of the Chapter 13 Trustee

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com